IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02361-BNB

EARL CROWNHART,

    Plaintiff,

v.

DAVID A. BOTTGER,
VALERIE ROBINSON,
DENA MUTRUTZKY,
JIM E. MAJORS,
BILL OLVER,
CHRISTAIN H. MUIER,
JEN MIXION, and
ARISTEDES W. ZAVARAS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 28 2008

GREGORY C. LANGHAM
                    CLERK

---

## ORDER DISMISSING CASE

---

Plaintiff Earl Crownhart initiated this action by submitting a *pro se* Prisoner Complaint to the Court on November 2, 2007. On November 9, 2007, Magistrate Judge Boyd N. Boland ordered the Clerk of the Court to commence a civil action and directed Mr. Crownhart to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

On November 28, 2007, Mr. Crownhart filed a Motion to Close Court Proceeding. In the Motion, Mr. Crownhart requests that the Court dismiss Defendants in the instant action. The Court must construe the Motion liberally because Mr. Crownhart is a *pro se* litigant. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991).

Rule 41(a)(1) provides that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment . . . ." No answer has been filed by Defendants in this action.

Further, a voluntary dismissal under Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) ($2^d$ ed. 1995); **Hyde Constr. Co. v. Koehring Co.**, 388 F.$2^d$ 501, 507 (10th Cir. 1968). The Notice, therefore, closes the file as of November 28, 2007. **See Hyde Constr. Co.**, 388 F.$2^d$ at 507. Accordingly, it is

ORDERED that the Motion to Close Court Proceeding is construed as a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is without prejudice and is effective as of November 28, 2007, the date Plaintiff filed the Notice in the action.

DATED at Denver, Colorado, this 25 day of January, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02361-BNB

Earl Crownhart
Prisoner No. 113771
San Carlos Corr. Facility
1410 W. 13th Street
PO Box 3
Pueblo, CO 81003

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 1/28/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk